


Natures Way Marine, LLC
PO Box 484
Theodore, AL 36590

(251)443-5866
tray@natureswaymarine.com

# Statement

| Date | Statement # |
|---|---|
| 02/14/2012 | 1425 |

**To**

EverClear of Ohio LTD
3700 Oakwood Avenue
Austintown, Ohio 44515

| Amount Due | Enclosed |
|---|---|
| $188,154.40 | |

Please detach top portion and return with your payment.

| Date | Activity | Amount | Open Amount |
|---|---|---|---|
| 12/15/2011 | Invoice #2596: Due 12/15/2011. demurrage 12/5/11 to 12/10/11 | 32,960.00 | 32,960.00 |
| 01/23/2012 | Invoice #2624: Due 01/23/2012. Demurrage 1/17/12 to 1/19/12 | 18,560.00 | 18,560.00 |
| 01/26/2012 | Invoice #2630: Due 01/26/2012. | 2,014.20 | 2,014.20 |
| 02/06/2012 | Invoice #2646: Due 02/06/2012. Demurrage 1/25/12 to 2/4/12 | 67,520.00 | 67,520.00 |
| 02/14/2012 | Invoice #2655: Due 02/14/2012. Demurrage 2/4/12 to 2/12/12 | 64,000.00 | 64,000.00 |
| 02/14/2012 | Invoice #2656: Due 02/14/2012. | 3,100.20 | 3,100.20 |

| Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | 90+ Days Past Due | Amount Due |
|---|---|---|---|---|---|
| $67,100.20 | $88,094.20 | $0.00 | $32,960.00 | $0.00 | $188,154.40 |





Natures Way Marine, LLC
PO Box 484
Theodore, AL 36590

(251)443-5866
tray@naturesway marine.com



# Invoice

| Date | Invoice # |
| --- | --- |
| 02/06/2012 | 2646 |
| **Terms** | **Due Date** |
| Due on receipt | 02/06/2012 |

| Bill To |
| --- |
| EverClear of Ohio LTD<br>3700 Oakwood Avenue<br>Austintown, Ohio 44515 |

| Amount Due | Enclosed |
| --- | --- |
| $67,520.00 | |

Please detach top portion and return with your payment.

| Activity | Quantity | Rate | Amount |
| --- | --- | --- | --- |
| • To Bill you for the Following:<br>Start Date: 1/25/12 (2100) End Date: 2/4/12 (1600) | | | |
| • Demurrage:<br>Demurrage billed per contract.<br>235 hrs less 24hrs free for discharge = 211hrs @ $320/hr<br>Time starting from arrival at Avondale Fleet<br>Time ending per notification to proceed via email 2/4/12 | 211 | 320.00 | 67,520.00 |
| | | **Total** | $67,520.00 |

FINANCE CHARGES: Monthly Rate, 1 1/2% Annual Percentage Rate, 18% A finance charge will be computed on the entire past due balance when a portion of that past due balance remains unpaid 30 days from the date of billing.




Natures Way Marine, LLC
PO Box 484
Theodore, AL 36590

(251)443-5866
tray@natureswaymarine.com

# Invoice

| Date | Invoice # |
|---|---|
| 02/14/2012 | 2655 |
| **Terms** | **Due Date** |
| Due on receipt | 02/14/2012 |

| Bill To |
|---|
| EverClear of Ohio LTD<br>3700 Oakwood Avenue<br>Austintown, Ohio 44515 |

| Amount Due | Enclosed |
|---|---|
| $64,000.00 | |

Please detach top portion and return with your payment.

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| ◦ To Bill you for the Following:<br>Start Date: 2/4/12 (1600) End Date:2/12/12 (2400) | | | |
| ◦ Demurrage:<br>Demurrage billed per contract.<br>200hrs @ $320/hr | 200 | 320.00 | 64,000.00 |
| **Total** | | | $64,000.00 |

FINANCE CHARGES: Monthly Rate, 1 1/2% Annual Percentage Rate, 18% A finance charge will be computed on the entire past due balance when a portion of that past due balance remains unpaid 30 days from the date of billing.




Natures Way Marine, LLC
PO Box 484
Theodore, AL 36590

(251)443-5866
tray@natureswaymarine.com

# Invoice

| Date | Invoice # |
|---|---|
| 02/14/2012 | 2656 |
| **Terms** | **Due Date** |
| Due on receipt | 02/14/2012 |

| Bill To |
|---|
| EverClear of Ohio LTD<br>3700 Oakwood Avenue<br>Austintown, Ohio 44515 |

| Amount Due | Enclosed |
|---|---|
| $3,100.20 | |

Please detach top portion and return with your payment.

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 01/20/2012 | loading NWM 900 | | | 700.20 |
| 01/31/2012 | fleet storage for 1300,900,3009 | | | 2,400.00 |

FINANCE CHARGES: Monthly Rate, 1 1/2% Annual Percentage Rate, 18% A finance charge will be computed on the entire past due balance when a portion of that past due balance remains unpaid 30 days from the date of billing.

**Total** $3,100.20




Please Remit Payment to:

Magnolia Fleet, LLC
P. O. Box 813
Destrehan, Louisiana 70047
Phone: 504.234.1963 • 504.914.9967
Fax: 504.368.0011
Email: daniel@magnoliafleet.com
john@magnoliafleet.com

**Bill To:**

Natures Way Marine
PO BOX 484
Theodore, AL 36590

Invoice Number: 10243
Invoice Date: January 31, 2012
Page: 1

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 089 | JW HERRON | Due Upon Receipt | |
| **Sales Rep ID** | | **Ship Date** | **Due Date** |
| | | | 3/1/12 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 3.00 | In Fee | 1/25: NWM 1300, 900, 3009 | 200.00 | 600.00 |
| 3.00 | Fleet Storage | 1/25: NWM 1300, 900, 3009 | 100.00 | 300.00 |
| 3.00 | Fleet Storage | 1/26: NWM 1300, 900, 3009 | 100.00 | 300.00 |
| 3.00 | Fleet Storage | 1/27: NWM 1300, 900, 3009 | 100.00 | 300.00 |
| 3.00 | Fleet Storage | 1/28: NWM 1300, 900, 3009 | 100.00 | 300.00 |
| 3.00 | Out Fee | 1/28: NWM 1300, 900, 3009 | 200.00 | 600.00 |

REBILL
Everclear

RECEIVED
Date 2/8/12 By [illegible]

| | |
|---|---|
| Subtotal | 2,400.00 |
| Sales Tax | |
| Total Invoice Amount | 2,400.00 |
| Payment/Credit Applied | |
| **TOTAL** | **2,400.00** |








PLEASE REMIT
For check payments:
PO Box 2227
Carol Stream, IL 60132-2227

For wire transfers:
Citibank – New Castle, Delaware
Account # 3870-9306
ABA #031100209

# INVOICE

Customer# 7396
NATURES WAY MARINE, LLC

5993 RANGELINE RD
THEODORE AL 36582

INVOICE DATE...... 1/20/2012

INVOICE NUMBER...... 644326

WKSHT #: 1280008

Rebill- Everclear

M/V....................
BARGES................. NWM 900
LOCATION............... TRANSMONTAIGNE, EAST LIVERPOOL, OH
PRODUCTS............... USED OIL
STARTED LOADING....... 1/13/2012 15:30 OR UNLOADING: 0:00

FINISHED LOADING...... 1/13/2012 20:30 OR UNLOADING: 0:00

HOSE CONNECTED: 1/13/2012 13:10 DISCONNECTED: 1/13/2012 21:00

FWD PORT: 9'0 FWD STB: 9'0
AFT PORT: 9'3 AFT STB: 9'3

MAN ARRIVED: 1/13/2012 12:15 LEFT: 1/13/2012 21:30
TOTAL HOURS: 9.25

OTHER INFO:
7142.98 BBLS OUT OF PRODUCT. 9'0" 9'3" STERN.
BILLY/NWM APPROVED AT 20:27.

DELAYS:
13:10 - 15:30 WAITING ON FACILITY

CHARGES:

| | |
|---|---|
| 1ST 8 HOURS @ 532.00 | 532.00 |
| 1.25 HOURS @ 79.20 | 99.00 |
| MILEAGE | 69.20 |
| | $ 700.20 |

RECEIVED
Date 1/20/12 By

Net 30 DAYS

ID # 13-3041390

SGS Petroleum Service Corporation | 725 Main St., 70802 | P.O. Box 3517, Baton Rouge LA 70821-3517 • t (225) 343-8262 • f (225) 383-5431 • www.sgs.com




Natures Way Marine, LLC
PO Box 484
Theodore, AL 36590

(251)443-5866
tray@natureswaymarine.com

# Invoice

| Date | Invoice # |
|---|---|
| 01/26/2012 | 2630 |
| **Terms** | **Due Date** |
| Due on receipt | 01/26/2012 |

| Bill To |
|---|
| EverClear of Ohio LTD<br>3700 Oakwood Avenue<br>Austintown, Ohio 44515 |

| Amount Due | Enclosed |
|---|---|
| $2,014.20 | |

Please detach top portion and return with your payment.

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 01/09/2012 | Loading and unloading NWM 1300 | | | 670.60 |
| 01/09/2012 | Shelbey Jean and 3009 loading and unloading | | | 1,343.60 |
| | | | **Total** | **$2,014.20** |

FINANCE CHARGES: Monthly Rate, 1 1/2% Annual Percentage Rate, 18% A finance charge will be computed on the entire past due balance when a portion of that past due balance remains unpaid 30 days from the date of billing.



PLEASE REMIT TO:
For check payments:
PO Box 2227
Carol Stream, IL 60132-2227

For wire transfers:
Citibank – New Castle, Delaware
Account # 3870-9306
ABA #031100209

# INVOICE

Customer# 7396
NATURES WAY MARINE, LLC

5993 RANGELINE RD
THEODORE AL 36582

REBILL
Everclear

INVOICE DATE...... 1/09/2012
INVOICE NUMBER...... 643346
WKSHT #: 1278258

M/V..................... SHELBEY JEAN
BARGES.................. NWM 3009
LOCATION................ TRANSMONTAIGNE, EAST LIVERPOOL, OH
PRODUCTS................ USED OIL
STARTED LOADING....... 1/06/2012 13:40 OR UNLOADING: 0:00

FINISHED LOADING...... 1/07/2012 3:30 OR UNLOADING: 0:00

HOSE CONNECTED: 1/06/2012 13:00 DISCONNECTED: 1/07/2012 3:50

FWD PORT: 9'0 FWD STB: 9'0
AFT PORT: 9'0 AFT STB: 9'0

MAN ARRIVED: 1/06/2012 11:30 LEFT: 1/07/2012 4:00
TOTAL HOURS: 16.50

OTHER INFO:
TANKERMAN #1 - RIGGLE, TANKERMAN #2 - FARMER

CHARGES:

| | |
|---|---|
| 1ST 8 HOURS @ 532.00 | 532.00 |
| 8.50 HOURS @ 79.20 | 673.20 |
| MILEAGE 2.00 @ 69.20 ( 2 EMPLOYEES) | 138.40 |
| | ============ |
| | $ 1,343.60 |

RECEIVED
1/12/12

Net 30 DAYS

ID # 13-3041390



PLEASE REMIT TO:
For check payments:
PO Box 2227
Carol Stream, IL 60132-2227

For wire transfers:
Citibank ~ New Castle, Delaware
Account # 3870-9306
ABA #031100209

# INVOICE

Customer# 7396
NATURES WAY MARINE, LLC

5993 RANGELINE RD
THEODORE AL 36582

REBILL
Everclear

INVOICE DATE...... 1/09/2012

INVOICE NUMBER...... 643347

WKSHT #: 1278259

M/V....................
BARGES.................. NWM 1300
LOCATION................ TRANSMONTAIGNE, EAST LIVERPOOL, OH
PRODUCTS................ USED OIL
STARTED LOADING....... 1/07/2012 5:40 OR UNLOADING: 0:00

FINISHED LOADING...... 1/07/2012 12:50 OR UNLOADING: 0:00

HOSE CONNECTED: 1/07/2012 5:20 DISCONNECTED: 1/07/2012 13:20

FWD PORT: 8'7 FWD STB: 9'
AFT PORT: 9' AFT STB: 9'

MAN ARRIVED: 1/07/2012 4:00 LEFT: 1/07/2012 13:45
TOTAL HOURS: 9.75

OTHER INFO:

CHARGES:

| | |
|---|---|
| 1ST 8 HOURS @ 532.00 | 532.00 |
| 1.75 HOURS @ 79.20 | 138.60 |
| | ============ |
| | $ 670.60 |




Net 30 DAYS

ID # 13-3041390




Natures Way Marine, LLC
PO Box 484
Theodore, AL 36590

(251)443-5866
tray@natureswaymarine.com

# Invoice

| Date | Invoice # |
|---|---|
| 02/22/2012 | 2674 |

| Terms | Due Date |
|---|---|
| Due on receipt | 02/22/2012 |

| Bill To |
|---|
| EverClear of Ohio LTD<br>3700 Oakwood Avenue<br>Austintown, Ohio 44515 |

| Amount Due | Enclosed |
|---|---|
| $8,422.29 | |

Please detach top portion and return with your payment.

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 01/01/2012 | PO 8359 fleet storage for 1300,3009 | | | 3,544.00 |
| 02/03/2012 | PO 8518 loading NWM 900 | | | 648.03 |
| 02/03/2012 | PO 8516 loading NWM 1300 | | | 2,115.13 |
| 02/03/2012 | PO 8517 loading NWM 3009 | | | 2,115.13 |

FINANCE CHARGES: Monthly Rate, 1 1/2% Annual Percentage Rate, 18% A finance charge will be computed on the entire past due balance when a portion of that past due balance remains unpaid 30 days from the date of billing.

**Total** $8,422.29




Please Remit Payment to:

Magnolia Fleet, LLC
P. O. Box 813
Destrehan, Louisiana 70047
Phone: 504.234.1963 • 504.914.9967
Fax: 504.368.0011
Email: daniel@magnoliafleet.com
john@magnoliafleet.com

REBILL

Ever clear 40% of total

**Bill To:**

Natures Way Marine
PO BOX 484
Theodore, AL 36590

Invoice Number: 9980
Invoice Date: December 21, 2011
Page: 1

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 089 6559 | JW HERRIN | Due Upon Receipt | |
| **Sales Rep ID** | | **Ship Date** | **Due Date** |
| | | | 1/20/12 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 6.00 | In Fee | 12/5: NWM 1300, 3009, 900, ING O/H, GL 125, GGB 447 | 200.00 | 1,200.00 |
| 6.00 | Fleet Storage | 12/5: NWM 1300, 3009, 900, ING O/H, GL 125, GGB 447 | 100.00 | 600.00 |
| 6.00 | Fleet Storage | 12/6: NWM 1300, 3009, 900, ING O/H, GL 125, GGB 447 | 100.00 | 600.00 |
| 6.00 | Fleet Storage | 12/7: NWM 1300, 3009, 900, ING O/H, GL 125, GGB 447 | 100.00 | 600.00 |
| 1.00 | Out Fee | 12/7: NWM 1300 | 200.00 | 200.00 |
| 1.00 | In Fee | 12/8: NWM 1300 | 200.00 | 200.00 |
| 6.00 | Fleet Storage | 12/8: NWM 1300, 3009, 900, ING O/H, GL 125, GGB 447 | 100.00 | 600.00 |
| 1.00 | In Fee | 12/9: GL 136 | 200.00 | 200.00 |
| 7.00 | Fleet Storage | 12/9: NWM 1300, 3009, 900, ING O/H, GL 125, GL 136, GGB 447 | 100.00 | 700.00 |
| 2.00 | Out Fee | 12/9: NWM 3009, 900 | 200.00 | 400.00 |
| 5.00 | Fleet Storage | 12/10: NWM 1300, ING O/H, GL 125, GL 136, GGB 447 | 100.00 | 500.00 |
| 1.00 | Out Fee | 12/10: GL 136 | 200.00 | 200.00 |
| 2.00 | In Fee | 12/11: NWM 3009, 900 | 260.00 | 520.00 |
| 6.00 | Fleet Storage | 12/11: NWM 1300, 3009, 900; ING O/H, | 130.00 | 780.00 |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total Invoice Amount | Continued |
| Payment/Credit Applied | |
| **TOTAL** | **Continued** |




RECEIVED
Date 12/27/11 By [signature]

3544.00




Please Remit Payment to:
Magnolia Fleet, LLC
P. O. Box 813
Destrehan, Louisiana 70047
Phone: 504.234.1963 • 504.914.9967
Fax: 504.368.0011
Email: daniel@magnoliafleet.com
john@magnoliafleet.com

**Bill To:**

Natures Way Marine
PO BOX 484
Theodore, AL 36590

Invoice Number: 9980
Invoice Date: December 21, 2011
Page: 2

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 089 | JW HERRIN | Due Upon Receipt | |
| **Sales Rep ID** | | **Ship Date** | **Due Date** |
| | | | 1/20/12 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | GL 125, GGB 447 | | |
| 6.00 | Out Fee | 12/11: NWM 1300, 3009, 900; ING O/H, GL 125, GGB 447 | 260.00 | 1,560.00 |
| | | HIGH RIVER STARTED ON 12/11 | | |

| | |
|---|---|
| Subtotal | 8,860.00 |
| Sales Tax | |
| Total Invoice Amount | 8,860.00 |
| Payment/Credit Applied | |
| **TOTAL** | **8,860.00** |





PLEASE REMIT TO:
For check payments:
PO Box 2227
Carol Stream, IL 60132-2227

For wire transfers:
Citibank – New Castle, Delaware
Account # 3870-9306
ABA #031100209

# INVOICE

Customer# 7396
NATURES WAY MARINE, LLC

5993 RANGELINE RD
THEODORE AL 36582

INVOICE DATE...... 2/03/2012

INVOICE NUMBER...... 645602

WKSHT #: 1283336

P.O. #: 8518

Everclear

M/V..................... JW HERRON
BARGES.................. NWM 900
LOCATION................ IMTT, AVONDALE, LA
PRODUCTS................ USED OIL

STARTED LOADING....... 0:00 OR UNLOADING: 1/30/2012 7:55

FINISHED LOADING...... 0:00 OR UNLOADING: 1/30/2012 11:45

HOSE CONNECTED: 1/30/2012 7:25 DISCONNECTED: 1/30/2012 13:05

VAPOR HOSE CONNECTED: 1/30/2012 0:00 DISCONNECTED: 1/30/2012 0:00

FWD PORT: FWD STB:
AFT PORT: AFT STB:

MAN ARRIVED: 1/30/2012 4:15 LEFT: 1/30/2012 13:30
TOTAL HOURS: 9.25

RECEIVED
Date 2/17 By: DN

OTHER INFO:

DELAYS:
0430-0725 WAITING ON BARGE TO RE-SPOT
1145-1305 WAITING ON DOCK

CHARGES:

| | |
|---|---|
| 1ST 8 HOURS @ 504.00 | 504.00 |
| 1.25 HOURS @ 76.70 | 95.88 |
| MILEAGE | 48.15 |
| | ============ |
| | $ 648.03 |



Net 30 DAYS

ID # 13-3041390

SGS Petroleum Service Corporation | 725 Main St., 70802 | P.O. Box 3517, Baton Rouge LA 70821-3517 • t (225) 343-8262 • f (225) 383-5431 • www.sgs.com



PLEASE REMIT:
For check payments:
PO Box 2227
Carol Stream, IL 60132-2227

For wire transfers:
Citibank – New Castle, Delaware
Account # 3870-9306
ABA #031100209

# INVOICE

Customer# 7396
NATURES WAY MARINE, LLC

5993 RANGELINE RD
THEODORE AL 36582

INVOICE DATE...... 2/03/2012

INVOICE NUMBER...... 645600

WKSHT #: 1283201

P.O. #: 8517

REBILL
Everdean

M/V..................... JW HERRON
BARGES.................. NWM 3009
LOCATION................ IMTT, AVONDALE, LA
PRODUCTS................ USED OIL
STARTED LOADING....... 0:00 OR UNLOADING: 1/29/2012 8:30

FINISHED LOADING...... 0:00 OR UNLOADING: 1/30/2012 3:30

HOSE CONNECTED: 1/29/2012 6:40 DISCONNECTED: 1/30/2012 4:00

VAPOR HOSE CONNECTED: 1/29/2012 0:00 DISCONNECTED: 1/30/2012 0:00

FWD PORT: FWD STB:
AFT PORT: AFT STB:

MAN ARRIVED: 1/29/2012 1:45 LEFT: 1/30/2012 5:30
TOTAL HOURS: 27.75

OTHER INFO:
TANKERMAN 1: DENNISE
TANKERMAN 2: DRAHN

DELAYS:
0145-0430 WAITING ON BARGE TO DOCK
0430-0610 CONNECTING DOCK AND CROSSOVER HOSES
0610-0830 WAITING ON INSPECTOR
0400-0530 DISCONNECTING CROOSOVER AND PREPPING BARGE

CHARGES:

| | |
|---|---|
| 1ST 8 HOURS @ 504.00 | 504.00 |
| 19.75 HOURS @ 76.70 | 1,514.83 |
| MILEAGE 2.00 @ 48.15 ( 2 EMPLOYEES) | 96.30 |
| | ============ |
| | $ 2,115.13 |

Net 30 DAYS

ID # 13-3041390



PLEASE REMIT . . .
For check payments:
PO Box 2227
Carol Stream, IL 60132-2227

For wire transfers:
Citibank – New Castle, Delaware
Account # 3870-9306
ABA #031100209

# INVOICE

Customer# 7396
NATURES WAY MARINE, LLC

5993 RANGELINE RD
THEODORE AL 36582

INVOICE DATE...... 2/03/2012

INVOICE NUMBER...... 645601

WKSHT #: 1283202

P.O. #: 8516

REBILL

Everclear

M/V.................... JW HERRON
BARGES.................. NWM 1300
LOCATION................ IMTT, AVONDALE, LA
PRODUCTS................ USED OIL
STARTED LOADING....... 0:00 OR UNLOADING: 1/29/2012 8:30

FINISHED LOADING...... 0:00 OR UNLOADING: 1/30/2012 3:30

HOSE CONNECTED: 1/29/2012 6:00 DISCONNECTED: 1/30/2012 4:00

VAPOR HOSE CONNECTED: 1/29/2012 0:00 DISCONNECTED: 1/30/2012 0:00

---

FWD PORT: FWD STB:
AFT PORT: AFT STB:

MAN ARRIVED: 1/29/2012 1:45 LEFT: 1/30/2012 5:30
TOTAL HOURS: 27.75

OTHER INFO:
TANKERMAN 1: DOUGLAS
TANKERMAN 2: SUMRALL

DELAYS:
0145-0430 WAITING FOR BARGE TO DOCK
0430-0600 CONNECTING HOSES
0600-0740 WAITING ON INSPECTOR
0400-0530 DIXCONNECTING CROSSOVER AND SECURING BARGE

CHARGES:

| | |
|---|---|
| 1ST 8 HOURS @ 504.00 | 504.00 |
| 19.75 HOURS @ 76.70 | 1,514.83 |
| MILEAGE 2.00 @ 48.15 ( 2 EMPLOYEES) | 96.30 |
| | ============ |
| | $ 2,115.13 |

Net 30 DAYS

ID # 13-3041390

SGS Petroleum Service Corporation | 725 Main St., 70802 | P.O. Box 3517, Baton Rouge LA 70821-3517 • t (225) 343-8262 • f (225) 383-5431 • www.sgs.com




Natures Way Marine, LLC
PO Box 484
Theodore, AL 36590

(251)443-5866
tray@natureswaymarine.com

# Invoice

| Date | Invoice # |
|---|---|
| 01/23/2012 | 2624 |
| **Terms** | **Due Date** |
| Due on receipt | 01/23/2012 |

| Bill To |
|---|
| EverClear of Ohio LTD<br>3700 Oakwood Avenue<br>Austintown, Ohio 44515 |

| Amount Due | Enclosed |
|---|---|
| $18,560.00 | |

Please detach top portion and return with your payment.

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • To Bill you for the Following:<br>Start Date: 1/17/12 (0955) End Date: 1/19/12 (2020) | | | |
| • Demurrage:<br>Demurrage billed per contract.<br>58hrs @ $320/hr<br>Time starting from Email correspondence 1/17/12<br>Time ending per notification via text messege 1/19/12 | 58 | 320.00 | 18,560.00 |
| | | **Total** | **$18,560.00** |

FINANCE CHARGES: Monthly Rate, 1 1/2% Annual Percentage Rate, 18% A finance charge will be computed on the entire past due balance when a portion of that past due balance remains unpaid 30 days from the date of billing.




Natures Way Marine, LLC
PO Box 484
Theodore, AL 36590

(251)443-5866
tray@natureswaymarine.com

# Invoice

| DATE | INVOICE # |
| --- | --- |
| 12/15/2011 | 2596 |
| **TERMS** | **DUE DATE** |
| Due on receipt | 12/15/2011 |

| BILL TO |
| --- |
| EverClear of Ohio LTD<br>3700 Oakwood Avenue<br>Austintown, Ohio 44515 |

| AMOUNT DUE | ENCLOSED |
| --- | --- |
| $32,960.00 | |

Please detach top portion and return with your payment.

| Activity | Quantity | Rate | Amount |
| --- | --- | --- | --- |
| • To Bill you for the Following:<br>Start Date: 12/5/11 (1515) End Date: 12/10/11 (2225) | | | |
| • Demurrage:<br>Demurrage billed per contract, see spreadsheet attached for log.<br>127hrs - 24hr freetime to discharge = 103 hrs @ $320/hr | 103 | 320.00 | 32,960.00 |
| | | **TOTAL** | $32,960.00 |

FINANCE CHARGES: Monthly Rate, 1 1/2% Annual Percentage Rate, 18% A finance charge will be computed on the entire past due balance when a portion of that past due balance remains unpaid 30 days from the date of billing.