

Natures Way Marine, LLC
PO Box 484
Theodore, AL  36590

(251)443-5866
tray@natureswaymarine.com

# Statement

| Date | Statement # |
|---|---|
| 02/14/2012 | 1424 |

**To**
Nirkmagnate Holding Corp.
201 S. Biscayne Blvd. 28th Floor
Miami, FL  33131

| Amount Due | Enclosed |
|---|---|
| $8,936.39 | |

*Please detach top portion and return with your payment.*

| Date | Activity | Amount | Open Amount |
|---|---|---|---|
| 11/21/2011 | Invoice #2570: Due 11/21/2011. | 3,382.63 | 3,382.63 |
| 12/28/2011 | Invoice #2609: Due 12/28/2011. | 5,553.76 | 5,553.76 |

| Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | 90+ Days Past Due | Amount Due |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $5,553.76 | $3,382.63 | $0.00 | $8,936.39 |



EXHIBIT C



PLEASE REMIT TO:
For check payments:
PO Box 2227
Carol Stream, IL 60132-2227

For wire transfers:
Citibank – New Castle, Delaware
Account # 3870-9306
ABA #031100209

## INVOICE

```
Customer#    7396                        INVOICE DATE......  11/06/2011
NATURES WAY MARINE, LLC
                                         INVOICE NUMBER........  638393
5993 RANGELINE RD
THEODORE AL   36582                      WKSHT #:   1264768
```

```
M/V......................  JW HERRIN
BARGES...................  NWM 3009
LOCATION.................  IMTT, AVONDALE, LA
PRODUCTS.................  USED OIL
STARTED LOADING.......           0:00  OR UNLOADING: 10/30/2011  18:50

FINISHED LOADING......           0:00  OR UNLOADING: 10/31/2011   7:45

    HOSE CONNECTED: 10/30/2011 17:45  DISCONNECTED: 10/31/2011   8:45


FWD PORT:                              FWD STB:
AFT PORT:                              AFT STB:

MAN ARRIVED: 10/30/2011 15:30      LEFT: 10/31/2011  9:45
TOTAL HOURS:          18.25
```

**REBILL**

Nick Magnate

```
OTHER INFO:
  TANKERMAN 1 DOUGLAS
  TANKERMAN 2 DENNISE

DELAYS:
  1530-1710 WAITING ON BARGE
  1945-1850 WAITING ON DOCK PAPERWORK
  0740-0945 PRESSURE TEST LINE AND CROSSOVER DISCONNECT

CHARGES:
1ST  8 HOURS @    504.00                                    504.00
 10.25 HOURS @     76.70                                    786.18
 MILEAGE     2.00 @    48.15   ( 2 EMPLOYEES)                96.30
                                                       ==============
                                                    $     1,386.48
```

**RECEIVED** Date 11/15/11

Net 30 DAYS                                                                      ID # 13-3041390
SGS Petroleum Service Corporation | 725 Main St., 70802 | P.O. Box 3517, Baton Rouge LA 70821-3517 • t (225) 343-8262 • f (225) 383-5431 • www.sgs.com



**PLEASE REMIT TO:**
For check payments:
PO Box 2227
Carol Stream, IL 60132-2227

For wire transfers:
Citibank – New Castle, Delaware
Account # 3870-9306
ABA #031100209

## INVOICE

```
Customer#    7396                        INVOICE DATE......  11/06/2011
NATURES WAY MARINE, LLC
                                         INVOICE NUMBER........  638392
5993 RANGELINE RD
THEODORE AL   36582                      WKSHT #:   1264766
```

REBILL
Nick Magnate

```
M/V.................... JW HERRIN
BARGES................. MTR 16
LOCATION............... IMTT, AVONDALE, LA
PRODUCTS............... USED OIL
STARTED LOADING.......        0:00  OR UNLOADING: 10/30/2011  18:50

FINISHED LOADING......        0:00  OR UNLOADING: 10/31/2011   7:45

     HOSE CONNECTED: 10/30/2011 17:45  DISCONNECTED: 10/31/2011   8:45

VAPOR HOSE CONNECTED: 10/30/2011  0:00  DISCONNECTED: 10/31/2011   0:00


   FWD PORT:                         FWD STB:
   AFT PORT:                         AFT STB:

   MAN ARRIVED: 10/30/2011 16:00     LEFT: 10/31/2011 10:00
   TOTAL HOURS:         18.00
```



RECEIVED
Date 11/15/11  By [signature]

```
   OTHER INFO:
     TANKERMAN 1 LEEDY
     TANKERMAN 2 HARRIS

   DELAYS:
     1600-1710 WAITING ON BARGE
     1745-1850 DOCK DELAY
     0745-0845 DOCK PRESSURE TESTING DOCK HOSE
     0845-0945 CROSSOVER HOSE REMOVED

   CHARGES:
   1ST   8 HOURS @    504.00                              504.00
        10.00 HOURS @    76.70                            767.00
        MILEAGE     2.00 @    48.15  ( 2 EMPLOYEES)        96.30
                                                       ==============
                                                  $      1,367.30
```

✓

**Net 30 DAYS**                                                         **ID # 13-3041390**
SGS Petroleum Service Corporation | 725 Main St., 70802 | P.O. Box 3517, Baton Rouge LA 70821-3517 • t (225) 343-8262 • f (225) 383-5431 • www.sgs.com



PLEASE REMIT TO:
For check payments:
PO Box 2227
Carol Stream, IL 60132-2227

For wire transfers:
Citibank – New Castle, Delaware
Account # 3870-9306
ABA #031100209

## INVOICE

Customer# 7396
NATURES WAY MARINE, LLC

5993 RANGELINE RD
THEODORE AL  36582

INVOICE DATE...... 10/30/2011

INVOICE NUMBER..... 637776

WKSHT #:  1264375

3700 Oakwood Ave.
Austintown, Ohio 44515

REBILL

Nink magnate

```
M/V.................... JW HERREN, DOCK 7
BARGES................. MRT 18
LOCATION............... IMTT, ST. ROSE, LA
PRODUCTS............... USED OIL
STARTED LOADING.......           0:00 OR UNLOADING: 10/28/2011  15:40

FINISHED LOADING......           0:00 OR UNLOADING: 10/28/2011  20:00

       HOSE CONNECTED: 10/28/2011 14:55 DISCONNECTED: 10/28/2011  20:40

VAPOR HOSE CONNECTED: 10/28/2011  0:00 DISCONNECTED: 10/28/2011   0:00
```

FWD PORT:                         FWD STB:
AFT PORT:                         AFT STB:

MAN ARRIVED: 10/28/2011 12:00    LEFT: 10/28/2011 21:00
TOTAL HOURS:         9.00

OTHER INFO:

DELAYS:
  1305-1455 WAITING ON REDUCER

CHARGES:
1ST  8 HOURS @   504.00
     1.00 HOURS @   76.70
MILEAGE

                                                   504.00
                                                    76.70
                                                    48.15
                                                 ==========
                                              $    628.85

RECEIVED
Date 11/2/11

Net 30 DAYS
SGS Petroleum Service Corporation | 725 Main St., 70802 | P.O. Box 3517, Baton Rouge LA 70821-3517 • t (225) 343-8262 • f (225) 383-5431 • www.sgs.com

ID # 13-3041391



PLEASE REMIT
For check payment.
PO Box 2227
Carol Stream, IL 60132-2227

For wire transfers:
Citibank – New Castle, Delaware
Account # 3870-9306
ABA #031100209

# INVOICE

```
Customer#    7396                    INVOICE DATE......  12/12/2011
NATURES WAY MARINE, LLC
                                     INVOICE NUMBER.......  641232
5993 RANGELINE RD
THEODORE AL  36582                   WKSHT #:   1273027
```

```
M/V..................... JW HERRIN
BARGES.................. NWM 900
LOCATION................ IMTT, AVONDALE, LA
PRODUCTS................ USED OIL
STARTED LOADING.......        0:00 OR UNLOADING: 12/09/2011  19:15

FINISHED LOADING......        0:00 OR UNLOADING: 12/10/2011  16:45

     HOSE CONNECTED: 12/09/2011 17:30 DISCONNECTED: 12/10/2011  22:00

VAPOR HOSE CONNECTED: 12/09/2011  0:00 DISCONNECTED: 12/10/2011   0:00


FWD PORT:                            FWD STB:
AFT PORT:                            AFT STB:

MAN ARRIVED: 12/09/2011 11:00   LEFT: 12/10/2011 22:45
TOTAL HOURS:         35.75


OTHER INFO:
 TANKERMAN 1: SCHNOOR
 TANKERMAN 2: ROGERS
 TANKERMAN 3: SCHNOOR
 12/9 VALVES ARE FROZEN
 NO FLAME SCREENS
 RADIATOR IS LEAKING
 12/10 MUFFLER FELL OFF IT IS ON DECK OF BARGE

DELAYS:
 12/09 1145-1730 WAITING ON INSPECTOR
 12/09 1730-1915 WAITING ON SAMPLES
 12/10 1645-2000 WAITING NWM 3009 TO FINISH
 12/12 2000-2200 WAITING ON INSPECTOR

           --- CONTINUED ON NEXT PAGE ---
```

REBILL
NirK Magnate



RECEIVED
Date 12/22/11 By

Net 30 DAYS

SGS Petroleum Service Corporation | 725 Main St., 70802 | P.O. Box 3517, Baton Rouge LA 70821-3517 • t (225) 343-8262 • f (225) 383-5431 • www.sgs.com

ID # 13-3041390



PLEASE REMIT
For check payments:
PO Box 2227
Carol Stream, IL 60132-2227

For wire transfers:
Citibank – New Castle, Delaware
Account # 3870-9306
ABA #031100209

## INVOICE

Customer#   7396
NATURES WAY MARINE, LLC

5993 RANGELINE RD
THEODORE AL  36582

INVOICE DATE......  12/12/2011

INVOICE NUMBER...   641232

WKSHT #:  1273027

```
CHARGES:
1ST  8 HOURS @    504.00                              504.00
 27.75 HOURS @    76.70                             2,128.43
MILEAGE     3.00 @    48.15  ( 3 EMPLOYEES)           144.45
                                                ================
                                              $     2,776.88
```

**Net 30 DAYS**                                                                                   ID # 13-3041390
SGS Petroleum Service Corporation  | 725 Main St., 70802 | P.O. Box 3517, Baton Rouge LA 70821-3517 • t (225) 343-8262 • f (225) 383-5431 • www.sgs.com



PLEASE REMIT  
For check payments:  
PO Box 2227  
Carol Stream, IL 60132-2227  

For wire transfers:  
Citibank – New Castle, Delaware  
Account # 3870-9306  
ABA #031100209  

# INVOICE

```
Customer#    7396                    INVOICE DATE......  12/12/2011
NATURES WAY MARINE, LLC
                                     INVOICE NUMBER....    641233
5993 RANGELINE RD
THEODORE AL   36582                  WKSHT #:   1273028
```

```
M/V.................... JW HERRIN
BARGES................. NWM 3009
LOCATION............... IMTT, AVONDALE, LA
PRODUCTS............... USED OIL

STARTED LOADING.......             0:00 OR UNLOADING: 12/09/2011  19:15

FINISHED LOADING......             0:00 OR UNLOADING: 12/10/2011  20:00

     HOSE CONNECTED: 12/09/2011 17:30 DISCONNECTED: 12/10/2011  22:00

VAPOR HOSE CONNECTED: 12/09/2011  0:00 DISCONNECTED: 12/10/2011   0:00
```

REBILL  
Nick Magrate

```
FWD PORT:                           FWD STB:
AFT PORT:                           AFT STB:

MAN ARRIVED: 12/09/2011 11:00   LEFT: 12/10/2011 22:45
TOTAL HOURS:           35.75

OTHER INFO:
   TANKERMAN 1: POPULIS
   TANKERMAN 2: VICKERS
   TANKERMAN 3: CLEVELAND

DELAYS:
   1145-1730 WAITING ON INSPECTOR
   1730-1915 WAITING ON SAMPLES
   2000-2200 WAITING ON INSPECTOR

CHARGES:
1ST  8 HOURS @   504.00                          504.00
   27.75 HOURS @    76.70                      2,128.43
MILEAGE    3.00 @    48.15  ( 3 EMPLOYEES)       144.45
                                              ============
                                           $   2,776.88
```

RECEIVED  Date 12/22/11  By Cox

Net 30 DAYS  
SGS Petroleum Service Corporation | 725 Main St., 70802 | P.O. Box 3517, Baton Rouge LA 70821-3517 • t (225) 343-8262 • f (225) 383-5431 • www.sgs.com

ID # 13-3041390