UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NATURES WAY MARINE, LLC | * |
| Plaintiff, | * |
| | CIVIL ACTION NO. 1:12-cv-00316-CG-M |
| vs. | * |
| EVERCLEAR OF OHIO, LTD., and NIRK MAGNATE HOLDING CORP., | * |
| Defendants. | * |

## NOTICE OF SERVICE

Comes now Defendant/Counterclaim Plaintiff Everclear of Ohio, Ltd., and gives notice to the Court that, on this date, it served a copy of the following upon all counsel of record in this matter by electronic mail and U.S. mail, first class, postage prepaid:

1. Expert Report of William M. Moore.

2. Expert Report of Glenn Labhart.

Respectfully submitted,

ARMBRECHT JACKSON LLP
Post Office Box 290
Mobile, Alabama 36601
(251) 405-1300   (Telephone)
(251) 405-6843   (Facsimile)

By:   s/Mark B. Roberts
    CHRISTOPHER G. HUME, III (HUMEC8754)
    cgh@ajlaw.com
    M. Kathleen Miller (MILLM0888)

mkm@ajlaw.com
Mark B. Roberts (ROBEM9902)
mbr@ajlw.com

*Attorneys for Everclear of Ohio, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on **December 6, 2013**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Frank J. Dantone, Esq.
HENDERSON DANTONE, P.A.
P.O. Box 778
Greenville, MS 38702-0778
fjd@hdpa.com

Brian P. McCarthy, Esq.
Frederick G. Helmsing, Jr., Esq.
MCDOWELL KNIGHT
 ROEDDER & SLEDGE, L.L.C.
Post Office Box 350
Mobile, AL 36601
bmccarthy@mcdowellknight.com
fhelmsing@mcdowellknight.com

_____s/Mark B. Roberts_____

2