IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NATURES WAY MARINE, LLC | * | |
| | * | |
|     Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO.: |
| | * | 1:12-cv-00316-CG-M |
| EVERCLEAR OF OHIO, LTD., | * | |
| NIRK MAGNATE HOLDING CORP., | * | |
| | * | |
|     Defendants. | | |

## NOTICE OF SERVICE OF DISCOVERY

Nirk Magnate Holding Corp. hereby gives notice that it has served, on December 23, 2013, on counsel for all parties the following:

1. Defendant Nirk Magnate Holding Corp.'s Response to Plaintiff's First Request for Production of Documents.

2. Defendant Nirk Magnate Holding Corp.'s Response to Plaintiff's First Set of Interrogatories.

    */s/ Frederick G. Helmsing, Jr.*
    Brian P. McCarthy (MCC053)
    Frederick G. Helmsing, Jr. (HEL014)
    fhelmsing@mcdowellknight.com
    bmccarthy@mcdowellknight.com
    Attorneys for Defendant/Counterclaim
    Plaintiff Nirk Magnate Holding Corporation

OF COUNSEL:

McDOWELL KNIGHT
  ROEDDER & SLEDGE, L.L.C.
Post Office Box 350
Mobile, Alabama 36601
(251) 432-5300
(251) 432-5303

CERTIFICATE OF SERVICE

       This is to certify that on December 23, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Alabama using the CM/ECF system which provided notice to all electronic participants.

                                   /s/*Frederick G. Helmsing, Jr.*