**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **NATURES WAY MARINE, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 12-0316-CG-M** |
| | ) | |
| **EVERCLEAR OF OHIO, LTD, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# ORDER

This cause came on for a telephone conference this date on Defendant Everclear of Ohio, Ltd.'s Motion to Continue Trial (Doc. 155).

Upon due consideration of the motion and the representations of counsel during the conference, the court finds that a continuance is necessary. The jury trial of this action is hereby **CONTINUED** to the November 2014 trial term, commencing with jury selection on November 4, 2014. Trial will begin on November 17, 2014 at 9:00 a.m., to be held in Courtroom 2B, United States Courthouse, Mobile, Alabama.

The parties are directed to inform the court of the new date set for the mediation conference either by contacting chambers or the clerk.

**DONE and ORDERED** this 26th day of August, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE