# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| NATURES WAY MARINE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 12-316-CG-M |
| ) | |
| EVERCLEAR OF OHIO, LTD., ) | |
| and NIRK MAGNATE HOLDING ) | |
| CORP., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Defendants' motion requesting entry of judgment and extending the time for filing post-judgment motions. (Doc. 208). The Court previously set December 8, 2014 as the deadline for filing all post-trial motions, and December 15, 2014 as the deadline for filing any responses to said motions. (Doc. 209, p. 3).

The Court has not yet entered a separate judgment in accordance with the verdict of the jury. By separate document, the Court will enter judgment after determining the issue of attorneys' fees. The schedule for filing post-trial motions concerning attorneys' fees remains the same. (Doc. 209, p. 3).

Because the Court has not entered judgment, the parties may not ask the Court to alter or amend its judgment. Defendants' motion to extend the time for filing motions to alter or amend the judgment is therefore **GRANTED.** As set forth

in Federal Rule of Civil Procedure 59(e), the parties must file their motions to alter or amend the judgment no later than 28 days after the judgment is entered.

**DONE** and **ORDERED** this 2nd day of December, 2014.

/s/ Callie V. S. Granade
**UNITED STATES DISTRICT JUDGE**