# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| NATURES WAY MARINE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 12-0316-CG-M |
| | ) |
| EVERCLEAR OF OHIO, LTD., and | ) |
| NIRK MAGNATE HOLDING CORP., | ) |
| | ) |
| Defendants. | ) |

## AMENDED FINAL JUDGMENT

In accordance with the verdict of the jury entered on November 24, 2014 (Doc. 207), and the Court's Order entered on April 17, 2015 (Doc. 225), it is **ORDERED, ADJUDGED** and **DECREED**, that **JUDGEMENT** is hereby entered in favor of Plaintiff, Natures Way Marine, LLC, and against Defendants, Everclear of Ohio, Ltd and Nirk Magnate Holding Corp. Damages are hereby awarded to Natures Way Marine, LLC for breach of contract in the amount of $205,512.00, and attorneys' fees are awarded to Natures Way Marine, LLC in the amount of $69,336.15. Prejudgment interest is awarded at an annual interest rate of 3.25%. Post judgment interest is awarded at the statutory rate of .22% pursuant to 28 U.S.C. § 1961.

It is further **ORDERED, ADJUDGED** and **DECREED**, that **JUDGEMENT** is entered in favor of Counter-Defendant, Natures Way Marine, LLC, and against Counter-claimants, Everclear of Ohio, Ltd and Nirk Magnate Holding Corp. Accordingly, the counterclaims filed by Everclear of Ohio, Ltd (Doc.

68), and the counterclaims filed by Nirk Magnate Holding Corp (Doc. 67) are hereby **DISMISSED with prejudice**.

As set forth in the Court's Order (Doc. 225) the expenses claimed by the plaintiff were denied; therefore, no costs are to be taxed.

**DONE and ORDERED** this 22nd day of April, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE